# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bagher Zeighami, | No. CV-26-02396-PHX-KML (JZB) |
| Petitioner, | **ORDER** |
| v. | |
| Eric Rokosky, et al., | |
| Respondents. | |

Petitioner challenged his present immigration detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001), arguing his detention is prolonged and there is no significant probability of his removal in the reasonably foreseeable future. (Doc. 1.) The court directed respondents to show cause why the petition should not be granted. (Doc. 6.) Respondents' response stated

> Respondents do not oppose Petitioner's habeas petition and the relief requested for release from custody.

(Doc. 10.)  The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to his request for release from custody.

**IT IS THEREFORE ORDERED** petitioner's petition for writ of habeas corpus (Doc. 1) is **granted** as to his request for release from custody.  The remainder of the petition is denied as moot.

**IT IS FURTHER ORDERED** respondents must immediately release petitioner from custody.

**IT IS FURTHER ORDERED** respondents must provide a notice of compliance within two business days of petitioner's release.

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the clerk of court shall enter judgment in petitioner's favor and close this case.

Dated this 20th day of April, 2026.

Honorable Krissa M. Lanham
United States District Judge

- 2 -